AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC 19 AM 10:23
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VRW

### OFFENSE CHARGED

Title 18 United States Code Section 1960

Conducting an Unlicensed Money Transmitting Business

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Five Years Imprisonment
$250,000 Fine
Three Years Supervised Release
$100 Mandatory Special Assessment

**DEFENDANT - U.S.**

▶ Hesham Badawi

**DISTRICT COURT NUMBER**

CR 07 0804

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: O/R

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: 12/21/07; 9:30

Before Judge: James

Comments: Appearance Date by Agreement of Counsel

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED
07 DEC 19 AM 10: 23

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07 0804 |
| Plaintiff, ) | VIOLATION: Title 18, United States Code, Section 1960, Conducting an Unlicensed Money Transmitting Business |
| v. ) | |
| HESHAM BADAWI, ) | |
| Defendant. ) | SAN FRANCISCO VENUE |

## INFORMATION

The United States Attorney charges:

1. From on or about January 22, 2001, to on or about August 9, 2006, in the Northern District of California, the defendant,

HESHAM BADAWI,

did knowingly conduct, control, manage, supervise, direct, and own at least part of an unlicensed money transmitting business which transmitted money by wire from the State of California to various intermediary countries, including Lebanon, the United Arab Emirates, China, France, South Korea, France, Switzerland, China, Germany and South Korea, and thereafter caused the money to be transmitted from these countries to Syria.

\\

\\

INFORMATION

2. The defendant's money transmitting business affected interstate and foreign commerce in that it transferred funds on behalf of the public to locations abroad.

3. The defendant operated the money transmitting business without an appropriate money transmitting license as required under California Financial Code, Sections 1800.3 and 1823 which provide that such operation was and is punishable as a misdemeanor.

All in violation of Title 18, United States Code, Section 1960.

DATED:   12-7-07

SCOTT N. SCHOOLS
United States Attorney

BRIAN J. STRETCH
Chief, Criminal Section

(Approved as to form: )
BLAKE D. STAMM
Assistant United States Attorney

INFORMATION                           2