| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990) |
| | United States Attorney |
| 2 | |
| | BRIAN J. STRETCH (CABN 163973) |
| 3 | Chief, Criminal Division |
| 4 | BLAKE D. STAMM (CTBN 301887) |
| | Assistant United States Attorney |
| 5 | |
| | 450 Golden Gate Avenue, Box 36055 |
| 6 | San Francisco, California 94102 |
| | Telephone: (415) 436-7210 |
| 7 | Fax: (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

**FILED**

DEC 2 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07 00804 VRW |
| Plaintiff, | ) ) | [PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE |
| v. | ) ) | FROM DECEMBER 27, 2007 TO JANUARY 10, 2008 AND EXCLUDING |
| Hesham Badawi, | ) ) | TIME FROM THE SPEEDY TRIAL ACT CALCULATION ( 18 U.S.C. §§ |
| Defendant. | ) ) | 3161(h)(8)(A),(h)(8)(B)(iv)) |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing a change of plea or trial setting appearance before the district court from December 27, 2007 to January 10, 2008 at 1:30 P.M. before the Honorable Vaughn R. Walker, and documenting the defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A),(h)(8)(B)(iv) during that period. The parties agree, and the Court finds and holds, as follows:

1. The defendants agree to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny the defendant or the Government continuity of counsel.

    a. Defendant contemplates entering a plea of guilty at his first appearance before the district court and continuity of representation would be essential to accomplish

this.

   b. The respective unavailability of defendant's attorney and government counsel during the period from December 27, 2007 until January 10, 2008 predicates the parties request for a brief continuance of less than two weeks.

2. Given these circumstances, the Court finds that the ends of justice served by excluding the period from December 27, 2007 to January 10, 2008, outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court orders that the period from December 27, 2007 to January 10, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(8)(A),(h)(8)(B)(iv).

IT IS SO STIPULATED:

DATED: December 21, 2007

MICHAEL THORMAN, ESQ.
Attorney for Defendant Badawi

DATED: December 21, 2007

BLAKE D. STAMM
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 12/21/07

HON. MARIA-ELENA JAMES
United States Magistrate Judge