UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date: January 10, 2008

Case No. CR 07-0804 VRW

Case Title: USA v. HESHAM BADAWI (PRESENT)

Attorneys:
    For the Government: Blake Stamm

    For the Defendant(s): Michael Thorman

Deputy Clerk: Cora Klein        Reporter: Belle Ball
                                     Interpreter:

**PROCEEDINGS**

1) Initial Appearance

2) Change of Plea. The defendant entered a plea of guilty to count One of the Information in violation of Title 18 U.S.C. 1960 -conducting an unlicensed money transmitting business. The defendant agreed to waive to be charged by way of indictment. He has been advised of the charges and advised of his rights to a trial, agreed to waive those rights. The matter has been referred to the probation office for psr.

Case Continued to:  4/17/2008 at 1:30 PM    For Judgment and Sentencing