UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

FILED
APR 2 4 2008
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: April 24, 2008

Case No. CR 07-0804 VRW

Case Title: USA v. HESHAM BADAWI ( PRESENT)

Attorneys:
    For the Government: Blake Stamm

    For the Defendant(s): Michael Thorman

Deputy Clerk: Cora Klein      Reporter: James Yeomans
    USPO: Joshua D. Sparks

## PROCEEDINGS

1) Judgment and Sentencing

## ORDERED AT THE HEARING

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that Hesham Badawi is hereby placed on probation for 2 years. While on probation the defendant shall not commit another federal, state or local crime, shall comply with the standard conditions and additional conditions that have been adopted by this court, shall refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of release on probation and 2 periodic drug tests thereafter. It is further ordered that the defendant shall pay to the United States a special assessment of $100 ; fine in the amount of $2,500 ; and shall forfeit to the govt the total amount of $65,992.72. Criminal monetary payments shall be made to the Clerk of U.S. District Court, 450 Golden Gate Ave., PO Box 36060, San Francisco, CA 94102.

time: 21 min.