CRoT-804

04/30/2008 11:18 AM EST

Version 7.0.1

## Case Debt Type Payment Report
### U.S. Courts

San Francisco

Case No. DCAN307CR000804    US V BADAWI

| Party # Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|
| 001 HESHAM BADAWI | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 34611018494 | 1 | PR | 100.00 | 04/24/2008 |
| | | | | | | Division Payment Total | | 100.00 | |
| | | | | | | Grand Total | | 100.00 | |

FILED

APR 30 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

$ 100.00  SPECIAL ASSESSMENT
PAID IN FULL

on 4-24-08

Page 1 of 1