1  Michael P. Thorman, State Bar No. 63008
   BONJOUR, THORMAN, BARAY & BILLINGSLEY
2  24301 Southland Drive, Suite 312
   Hayward, CA 94545
3  (510) 785-8400

4

   Attorneys for defendant
5  Hesham Badawi

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA                    No. CR-07-0804 VRW
                            Plaintiff,
11

12  vs.                                         STIPULATION RE: CONDITIONS
                                                OF PROBATION
13

14  HESHAM BADAWI
                            Defendant.
15  _____/

16        WHEREAS the defendant, Hesham Badawi, informed the Court of his desire to repatriate

17  to his own country of Syria in the summer of 2008;

18        AND WHEREAS the Court in pronouncing Judgment authorized that departure pursuant

19  to certain terms and conditions;

20        AND WHEREAS the written Judgment did not contain any of the Court's oral

21  pronouncements regarding the defendant's return to Syria;

22        AND WHEREAS the defendant's probation officer will not allow him to return to Syria

23  while on probation without a written order;

24        IT IS HEREBY STIPULATED by and between counsel for the government and counsel

25  for the defendant that the Court may issue a written order consistent with the oral pronouncement

26  of Judgment regarding the defendant's departure during the term of probation to return to Syria.

27  The parties further stipulate that the oral pronouncement of Judgment allowed the defendant to

28

                                            1

1  return to Syria so long as all of his fines and fees had been paid in full; the running of the two

2  year term of probation would be tolled during the time the defendant resided outside of the

3  United States; should the defendant return to the United States, he was to report within 24 hours

4  of his re-entry to a federal probation officer and the defendant would be subject to probationary

5  supervision pursuant to the terms of the previously-entered Judgment for the period of time

6  remaining on his two year probationary term.

7

8  Dated: 5/22/08                                    _____/s/_____
                                                      Michael Thorman, Attorney for Defendant
9

10  Dated: 5/22/08

11                                                    _____/s/_____
                                                      Blake Stamm, AUSA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28