Michael P. Thorman, State Bar No. 63008
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Drive, Suite 312
Hayward, CA 94545
(510) 785-8400

Attorneys for defendant
Hesham Badawi

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR-07-0804 VRW |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER RE: CONDITIONS OF PROBATION |
| HESHAM BADAWI | |
| Defendant. | |

Pursuant to stipulation of the parties and consistent with the oral pronouncement of Judgment, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Hesham Badawi may leave the United States to reside in Syria during the two year period of probation previously imposed by this Court so long as he has paid all of his fines and fees ordered in the Court's Judgment. Upon his departure, the running of the period of probation shall be tolled. Should defendant return to the United States, he is to report within 24 hours to a federal probation officer and defendant shall be subject to the terms of probation imposed by this Court for the period of time remaining in the two year probationary period.

Dated: _____

United States District Judge