1  Michael P. Thorman, State Bar No. 63008
   BONJOUR, THORMAN, BARAY & BILLINGSLEY
2  24301 Southland Drive, Suite 312
   Hayward, CA 94545
3  (510) 785-8400

4
   Attorneys for defendant
5  Hesham Badawi

6

7           IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9

10 UNITED STATES OF AMERICA              No. CR-07-0804 VRW

11              Plaintiff,

12 vs.                                   [PROPOSED] ORDER RE:
                                         CONDITIONS OF PROBATION
13

14 HESHAM BADAWI
                Defendant.
15 _____/

16      Pursuant to stipulation of the parties and consistent with the oral pronouncement of

17 Judgment, and GOOD CAUSE APPEARING,

18      IT IS HEREBY ORDERED that Hesham Badawi may leave the United States to reside in

19 Syria during the two year period of probation previously imposed by this Court so long as he has

20 paid all of his fines and fees ordered in the Court's Judgment. Upon his departure, the running of

21 the period of probation shall be tolled. Should defendant return to the United States, he is to

22 report within 24 hours to a federal probation officer and defendant shall be subject to the terms of

23 probation imposed by this Court for the period of time remaining in the two year probationary

24 period.

25

26 Dated: May 27, 2008
                                          _____
27                                        United States District Judge
                                          Vaughn R Walker
28