05/07/2008 01:19 PM EST

Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **US V BADAWI** | | | | | | | |
| | | | Case No. DCAN307CR000804 | | | | | | | |
| 001 | HESHAM BADAWI | 504100 | FINE-CRIME VICTIMS FUND | 2,500.00 | 0.00 | CT 3461101872I | 1 | PR | 2,500.00 | 05/01/2008 |
| 001 | HESHAM BADAWI | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 3461101849I | 1 | PR | 100.00 | 04/24/2008 |
| | | | | | | **Division Payment Total** | | | 2,600.00 | |
| | | | | | | **Grand Total** | | | 2,600.00 | |

$2,500.00 FINE PAID IN FULL

AM 5-1-08

CR 07-804 VRW

FILED

MAY 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 1 of 1