

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

YADOR J. HARRELL
*CHIEF U.S. PROBATION OFFICER*

Please reply to:
1301 Clay Street
Suite 220S
Oakland, CA 94612-5208
TEL: (510) 637-3600
FAX: (415) 581-7420

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

February 3, 2012

Honorable Susan Illston
United States District Judge
San Francisco, CA

**Re:**   **Hesham Badawi**
         **Docket No: CR-07-00804-001 VRW**
         **ORDER TOLLING SUPERVISION**

Your Honor:

On April 24, 2008, the offender was sentenced by the Honorable Vaughn R. Walker in the Northern District of California to two (2) years probation for a violation of the following: Conducting an Unlicensed Money Transmitting Business, 18 U.S.C. § 1960, a Class D felony. The following special conditions of supervision were imposed: special assessment $100.00; fine $2,500.00; access to financial information; not open any new lines of credit or incur new debt; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; cooperate with collection of DNA.

On May 27, 2008, the Court ordered the offender to be allowed to leave the United States to reside in Syria. Upon the offender's departure from the United States, the Court ordered that the time on probation shall be tolled. On or about December 25, 2008, the offender departed the United States to Syria, where he remains to this date. Since December 25, 2008, the period of probation has been tolled. There is no current information to suggest that the offender has returned to the United States nor is planning to return. The offender has satisfied all standard and special conditions of supervision and it would appear the offender has derived the maximum benefit from supervision services.

In view of the offender's conduct prior to his departure from the United States, the probation office is requesting direction from the Court as to whether time on probation should remain tolled or whether supervision shall be terminated.

Respectfully submitted,                        Reviewed by:

_____                  _____
Wayne A. Mirikitani                            Amy Rizor
U.S. Probation Officer Assistant               Supervisory U.S. Probation Officer

NDC-SUPV-FORM-049 03/16/10

**RE:** Bedawi, Hesham  2
CR-07-00804-001 VRW

---

THE COURT ORDERS:

☐ Supervision shall remain tolled as of December 25, 2008 and that the order dated May 27, 2008 shall remain in effect.
☒ Supervision shall terminate effective this date.
☐ Other:

___2/10/12___  ___[signature]___
Date  Susan Illston
 United States District Judge

NDC-SUPV-FORM-049 03/16/10